**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KATHERINE YOST,

                Plaintiff,

      v.

EVERYREALM INC., COMPOUND ASSET
MANAGEMENT LLC, REALM METAVERSE REAL
ESTATE INC., REPUBLIC, REPUBLIC CRYPTO
LLC, REPUBLIC REALM MANAGER LLC,
REPUBLIC REALM INC., REPUBLIC
OPERATIONS LLC, OPENDEAL INC., OPENDEAL
PORTAL LLC, JANINE YORIO, in her individual and
professional capacities, WILLIAM KERR, in his
individual and professional capacities, and ZACH
HUNGATE, in his individual and professional
capacities,

                Defendants.

Index No.: 1:22-cv-06549(PAE)(SLC)

**DECLARATION OF**
**SHANE SEPPINNI**

---

        I, SHANE SEPPINNI, pursuant to 28 U.S.C. § 1746 affirm as follows:

        1.      I submit this Declaration in support of Plaintiff's Opposition to Defendants' Order

to Show Cause to Compel Arbitration.

        2.      Justice for Ms. Yost is the desired goal of her lawsuit.

        3.      On July 27, 2022, I transmitted a letter to Defendant's counsel informing

Defendants' of Ms. Yost's good-faith belief that she was not bound by an arbitration agreement

for her claims. A true and correct copy of this letter is attached as Exhibit A.

4.      On August 12, 2022, I transmitted a letter to Defendant's counsel requesting,

among other things, that Defendant's inform me if they intend to waive service of process.

Defendants have not responded to this letter. A true and correct copy is attached as Exhibit B.

**Dated:** September 2, 2022                                        _/s/ Shane Seppinni_