# Exhibit A

# SEPPINNI LLP
43 West 43rd St., Ste. 256, New York, NY 10036 | Office: (212) 859-5085

Writer's Direct Line:
(347) 378-5655

July 27, 2022

**VIA E-MAIL**

Lloyd Chinn
LChinn@proskauer.com

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

**Re: Claims of Gatsby Frimpong, Kevin Virgil, Kathy Yost, and Teyo Johnson**

Lloyd,

The accusations and threats in Defendants' July 22nd Letter are baseless. Any hope that Defendants can intimidate these whistleblowers into silence is misguided. My clients have not breached any duties nor obligations to Defendants, and they have no intention of doing so.

Furthermore, the arbitration clauses in the employment letters your associate sent as attachments to Defendants' July 22nd Letter are plainly deficient and, regardless, are unenforceable regarding many of my clients' claims. Thank you for sending Judge Abram's Order—it confirms my belief that filing our suits in Federal Court is appropriate.

Please inform me if you will accept service on your clients' behalf. We are prepared to file the enclosed complaint if these claims are not resolved by the July 29th deadline that Defendants' letter set. We are also prepared to file three more complaints that you will first see on their dockets if these claims are not resolved by then.

Two more employees have come forward since our initial letter with additional potential claims that we are investigating.

Regards,

*/s/ Shane Seppinni*
Shane Seppinni

Seppinni LLP
(347) 378-5655
shane@seppinnilaw.com