UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KATHERINE YOST,

                Plaintiff,

-against-

EVERYREALM INC., COMPOUND ASSET MANAGEMENT LLC, REALM METAVERSE REAL ESTATE INC., REPUBLIC, REPUBLIC CRYPTO LLC, REPUBLIC REALM MANAGER LLC, REPUBLIC REALM INC., REPUBLIC OPERATIONS LLC, OPENDEAL INC., OPENDEAL PORTAL LLC, JANINE YORIO in her individual and professional capacities, WILLIAM KERR in his individual and professional capacities, and ZACH HUNGATE in his individual and professional capacities.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:22-cv-06549(PAE)(SLC)

**DECLARATION OF WILLIAM KERR**

William Kerr, having personal knowledge of the facts herein, and under penalty of perjury, hereby states:

1.     I currently serve as General Counsel and Chief Legal Officer of Everyrealm Inc. (f/k/a Republic Realm Inc.) ("Everyrealm"), and am a resident of the State of New York.

2.     I submit this Declaration based upon my personal knowledge and in support of Everyrealm, Janine Yorio ("Mrs. Yorio"), Zach Hungate ("Mr. Hungate"), and my (collectively "the Everyrealm Defendants") Reply Memorandum of Law in Support of the Everyrealm Defendants' Order to Show Cause to Compel Arbitration in this case.

3.     Katherine Yost was hired by Everyrealm as its Director of Human Resources on a (part-time) contract basis from December 16, 2021 to January 2, 2022. Attached hereto as

Exhibit A is a true and correct copy of the Contractor Agreement executed by Katherine Yost on December 16, 2021.

4. I was first introduced to Katherine Yost on behalf of Everyrealm (f/k/a Republic Realm Inc.) via email on December 18, 2021. My email address at that time was "Bill@RepublicRealm.com". A true and correct copy of this email correspondence is attached hereto as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true and correct.

William Kerr