# SEPPINNI LLP

43 West 43rd St., Ste. 256, New York, NY 10036 | Office: (212) 859-5085

September 14, 2022

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

**Re: *Yost v. Everyrealm, et al.*, Letter Motion Requesting Leave to File Surreply**
    Civil Action No. 1:22-cv-06549(PAE)(SLC)

Dear Honorable Judge Engelmayer,

      I represent Plaintiff Katherine Yost, in the above-referenced matter. I write to request leave to file a brief Surreply in response to Defendants' September 9, 2022, Response Brief (Dkt. No. 18) and Defendants' September 12, 2022, Declaration in Support. Dkt. No. 19.

      Defendants improperly raised new arguments and submitted new evidence in their Reply Brief and Declaration in Support. *See, e.g.*, Defs.' Reply Br. at 1-2, 4-6 (section titled "The EFASASH Act Only Prohibits Arbitration of Sexual Harassment Claims Proceeding March 3, 2022."); *Tutor Time Learning Ctrs., LLC v. GKO Grp., Inc.*, 13 Civ. 2980, at *2 (S.D.N.Y. 2013) ("arguments raised for the first time in a reply memorandum are waived and need not be considered."). Ms. Yost requests the opportunity to rebut Defendants' new arguments and evidence in a short surreply brief.

      Ms. Yost intends to argue that Defendants' new arguments were waived when they failed to raise them in their opening brief (*see* Dkt. No. 10), and to demonstrate that, regardless, Ms. Yost's sexual harassment dispute arose, accrued, and was ongoing after March 3, 2022. Ms. Yost could suffer prejudice if she is prohibited from opposing Defendants' new arguments.

      Thank you for considering this request.

Regards,

*/s/ Shane Seppinni*
Shane Seppinni

Seppinni LLP
(347) 378-5655
shane@seppinnilaw.com