UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

TEYO JOHNSON,

                    Plaintiff,

-against-

EVERYREALM INC., COMPOUND ASSET MANAGEMENT LLC, REALM METAVERSE REAL ESTATE INC., REPUBLIC, REPUBLIC CRYPTO LLC, REPUBLIC REALM MANAGER LLC, REPUBLIC REALM INC., REPUBLIC OPERATIONS LLC, OPENDEAL INC., OPENDEAL PORTAL LLC, JULIA SCHWARTZ in her individual and professional capacities, WILLIAM KERR in his individual and professional capacities, and JANINE YORIO in her individual and professional capacities.

                    Defendants.

------------------------------------ X

Case No. 1:22-cv-06669(PAE)(GWG)

**DEFENDANTS EVERYREALM INC., JULIA SCHWARTZ, WILLIAM KERR, AND JANINE YORIO'S NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE THAT** Defendants Everyrealm Inc., Julia Schwartz, William Kerr, and Janine Yorio (collectively "the Everyrealm Defendants") shall, upon Plaintiff Teyo Johnson's ("Plaintiff") First Amended Complaint; the Declaration of William Kerr, and the exhibits attached thereto; the Declaration of Janine Yorio, and the exhibits attached thereto; the Declaration of Lloyd B. Chinn, and the exhibit attached thereto; and the Everyrealm Defendants' Memorandum of Law; all filed herewith, move this Court, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on such date and time as the Court may direct, for an Order pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) dismissing the Plaintiff's sexual harassment claims against the Everyrealm Defendants because Plaintiff fails to state a claim upon which relief can be granted.

Dated: New York, New York
November 2, 2022

                              PROSKAUER ROSE LLP

By:   */s/ Lloyd B. Chinn*

Lloyd B. Chinn, Esq.
Eleven Times Square
New York, New York 10036-8299
Ph. (212) 969-3000
Fax (212) 969-2900
lchinn@proskauer.com
*Attorney for Everyrealm Inc.*
*(f/k/a Republic Realm Inc.),*
*Julia Schwartz, William Kerr, and Janine Yorio*