# EXHIBIT A

| Date | Target 1 Name | Target 2 Name | Target 3 Name | Target 4 Name | Author Name | Requestor Name | Visibility | Feedback Body |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16T00:12:37.977Z | Janine Yorio | | | | Kathy Yost (archived) | | Private | You continue to astound me with your tremendous resilience and desire to keep getting better. I am truly humbled to be a part of your journey. Thank you for reminding me of my own blindspots in comparing male/female executive relationships and the double standards even I still carry. Having you as a mirror in that respect is so valuable and helps me grow and I appreciate the way we've adopted (always maintained?) this authentic relationship. Letting me show up as I am - it means a lot. |