# EXHIBIT B

9:04

588     **KY**     Kathy >

> And at the end of the day abuse is about a power dynamic. I can't see anything she held over him. Unless there are pics of him buttfucking Matt Damon somewhere. But we would have seen those by now

> Ugh this planet

> Look at you blaming yourself for Teyo misogyny like you encouraged. All you did was engage about a friend he introduced. We've been gaslit to believe we bring this all on. And it's horseshit

Thu, Jun 2, 10:51 AM

iMessage