# EXHIBIT C



