UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE YOST,<br><br>                    Plaintiff,<br><br>v.<br><br>EVERYREALM INC., COMPOUND ASSET MANAGEMENT LLC, REALM METAVERSE REAL ESTATE INC., REPUBLIC, REPUBLIC CRYPTO LLC, REPUBLIC REALM MANAGER LLC, REPUBLIC REALM INC., REPUBLIC OPERATIONS LLC, OPENDEAL INC., OPENDEAL PORTAL LLC, JANINE YORIO, in her individual and professional capacities, WILLIAM KERR, in his individual and professional capacities, and ZACH HUNGATE, in his individual and professional capacities,<br><br>                    Defendants. | Index No.: 1:22-cv-06549(PAE)(SLC)<br><br>**Declaration of Shane Seppinni** |

I, SHANE SEPPINNI, pursuant to 28 U.S.C. § 1746 affirm as follows:

1. I submit this Declaration in support of Ms. Yost's Opposition to Defendants' Motion to Dismiss for Failure to State a Sexual Harassment Claim.

2. A true and correct copy of the New York City Commission on Human Right's Notice of Employee Rights under NYCHRL poster is attached as Exhibit A.

**Dated:** November 16, 2022                                              */s/ Shane Seppinni*

1