UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
KATHERINE YOST,

                Plaintiff,

  -against-                              Case No. 1:22-cv-06549(PAE)(SLC)

EVERYREALM INC., COMPOUND ASSET
MANAGEMENT LLC, REALM METAVERSE     **DECLARATION OF**
REAL ESTATE INC., REPUBLIC, REPUBLIC    **WILLIAM KERR**
CRYPTO LLC, REPUBLIC REALM MANAGER
LLC, REPUBLIC REALM INC., REPUBLIC
OPERATIONS LLC, OPENDEAL INC.,
OPENDEAL PORTAL LLC, JANINE YORIO in
her individual and professional capacities,
WILLIAM KERR in his individual and
professional capacities, and ZACH HUNGATE in
his individual and professional capacities.

                Defendants.
------------------------------------- X

      William Kerr, having personal knowledge of the facts herein, and under penalty of perjury, hereby states:

      1.      I currently serve as Chief Legal Officer of Everyrealm Inc. (f/k/a Republic Realm Inc.) ("Everyrealm"), and am a resident of the State of New York. I submit this Declaration based upon my personal knowledge and in support of the Motion for Sanctions on behalf of Everyrealm, Janine Yorio, Zach Hungate, and myself (collectively "the Everyrealm Defendants") in the above-captioned matter.

      2.      On June 25, 2022, Katherine Yost sent me a Slack message concerning the reasons for her resignation. A true and correct copy of Katherine Yost's June 25, 2022 Slack message is attached hereto as Exhibit A.

3.     Yost did not reference any purported sexual harassment in her June 25, 2022 Slack message.

4.     Following her resignation, between June 26 and June 29, 2022, Yost sent three email messages to me regarding the ending of her Everyrealm employment, and her personal recounting of the alleged events leading to her separation from Everyrealm.

5.     A true and correct copy of the June 26 – 29, 2022 email correspondence described above is attached hereto as Exhibit B.

6.     Yost did not reference any purported sexual harassment in her June 26 – 29, 2022 emails to me.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true and correct.

Dated: 2/14/2023

William Kerr