# EXHIBIT A

**Kathy Yost** 4:53 AM
No he never provided

I'm still brutally 🤧 not sleeping from coughing

**Jun 24th**

**Kathy Yost** 5:48 AM
I sent a series of slacks to janine

I asked her if we can talk next week and I also alerted her that the "policy" created cannot be rolled out as no one had actually checked to see if it's legal

And I told her I disagree. I will tell her next week let's create a transition plan. To do this while I'm literally trying to keep my kids alive and cut off a benefit no one can control right now is assanine

There are several parallel benefits that should be terminated as well so as not to conflict with unlimited PTO. Family forming benefits make no sense in a two week PTO structure.

I'm too sick to do this right now and now my anxiety is making it worse

I've spent days of breathing treatments with the little one literally sobbing snot into my face about missing the last week of school. Putting my head on her chest while she sleeps to listen to her lungs because I'm afraid. And at work I'm dealing with 90210

**Kathy Yost** 6:01 AM
Please advise her not to rollout or discuss policy updates until her team has reviewed against applicable laws and regulations in all states where we have employees

**William Kerr** 10:07 AM
Thanks. I hope you feel better.

**Jun 25th**

**Kathy Yost** 10:44 PM
I let janine know I won't be staying on board

So whatever she decides that means I'm happy to help find someone new to take over

I'm really sorry this didn't work

If she cuts my access off please text me so I know what to expect ▮

**Kathy Yost** 11:30 PM
I've also alerted her to the discriminatory nature of the draft policy and language within it and advised her not to use it

**Kathy Yost** 11:40 PM
Did this policy have something to do with my being out last week for Covid-19

I was supposed to be in New York so I guess now I get it

This user account is inactive