# EXHIBIT B



Janine Yorio <janine@everyrealm.com>

# Fwd: Clarity, follow-up
1 message

---------- Forwarded message ---------
From: **Kathy Yost** <​​​​​​​​​​​​​​​​>
Date: Wed, Jun 29, 2022 at 10:15 PM
Subject: Re: Clarity, follow-up
To: Bill Kerr <bill@everyrealm.com>
CC: James Goede <james.goede@everyrealm.com>, Julia Schwartz <julia@everyrealm.com>

Additional contact following this email with you will be through my attorney and other agencies that may have jurisdiction to review the details of my separation.

I've stated numerous times that I did not resign. I objected to Ms. Yorio's continued deference regarding my feedback about the policy she intends to implement. The policy was non compliant and discriminatory. Affirming that I will not carry out discriminatory or non-compliant behavior is not resignation of employment.

I have files of notes pertaining to employees claims of routine bullying, abuse and hostile working conditions at Everyrealm. I have spent countless hours listening to employees share horrifying experiences and reported them directly to you.

I have witnessed firsthand the abusive slandering of employees and toxic behavior of Ms. Yorio and yourself, which I have documented in my own notes to you in Lattice. I've made reports to you directly about the direct orders given not to follow Covid guidelines and notify employees of close contacts or positive cases.

I have personally been verbally attacked at an after hours event by another employee (attended by Ms. Yorio and yourself), reported it to you, and received no resolution or response.

The lack of professionalism displayed by Ms. Yorio, in discussing the need for an "urgent" policy update with a sick employee that reports to you on a non-workday over slack is simply typical Everyrealm punishment and has been abusively applied to other senior leadership team members.

Kathy Yost

> On Jun 29, 2022, at 9:09 PM, Bill Kerr <bill@everyrealm.com> wrote:
>
> Kathy,
>
> Enclosed please find a letter confirming your resignation. Even so, I am investigating this matter and will be contacting you as part of my investigation. Are you available tomorrow to discuss ? I am free 11:00 am - 4:00 pm.

Bill Kerr

**EVERYREALM**

―――――――――――――――――――――

WILLIAM KERR  |  General Counsel

[Bill@everyrealm.com](mailto:Bill@everyrealm.com) |  [www.everyrealm.com](http://www.everyrealm.com)
Telegram & Discord: @WilyamConkuror

―――――――――――――――――――――

On Tue, Jun 28, 2022 at 6:57 PM Bill Kerr <bill@everyrealm.com> wrote:
> Kathy,
>
> I appreciate your reaching out.  I have commenced an investigation into the allegations you have presented.
>
> Sincerely,
>
> Bill Kerr
>
> **EVERYREALM**
>
> ―――――――――――――――――――――
>
> WILLIAM KERR  |  General Counsel
>
> [Bill@everyrealm.com](mailto:Bill@everyrealm.com) |  [www.everyrealm.com](http://www.everyrealm.com)
> Telegram & Discord: @WilyamConkuror
>
> ―――――――――――――――――――――
>
> On Tue, Jun 28, 2022 at 10:38 AM Kathy Yost <▇▇▇▇▇▇▇▇▇▇▇▇▇▇> wrote:
>> Good morning,
>>
>> This is my second attempt to make contact with my supervisor, Bill Kerr, in an attempt to understand the decision making process surrounding the termination of my technology access and subsequent communication to the entire Everyrealm team that I had resigned.
>>
>> On the evening of the incident, I made contact with both of you via Slack, as compliance reporting contacts, as outlined in the employee onboarding presentation, that I believed Janine to be retaliating against me either due to 1. My pushback for not complying with the policy implementation as stated and my outlining the discriminatory and non-compliant factors contained within 2. Personal retaliation in removing a policy that I had just been using as a result of multiple Covid Diagnoses in my home. Having been absent online and unable to travel to New York, this policy would now impact my future ability to use paid time off.
>>
>> I look forward to the results of your investigation into these retaliatory behaviors. I am a high performing team member with numerous positive feedback messages from the CEO.
>>
>> Finally, let me make myself clear that while I did tell Janine that I would not administer any policy that I found to be discriminatory or non-compliant, at no time did I resign from my position.  I am a divorced, single mother of three, who receives zero financial support, with a chronic health condition who can not afford to leave my position without another prospect. Being asked to do something illegal or unethical is not a choice.
>>
>> I look forward to a swift investigation and your findings in this matter.
>>
>> Kathy Yost
>> ▇▇▇▇▇▇▇

Begin forwarded message:

**From:** Kathy Yost <■■■■■■■■■■■■■■■>
**Date:** June 26, 2022 at 6:27:51 PM EDT
**To:** Bill Kerr <bill@everyrealm.com>
**Subject: Clarity**

Hi Bill,

As I let you know on Slack last evening, I logged in to my emails/Slack to check in following missing the preceding week as a result of multiple Covid diagnoses in my home.

During my check in, I saw several slack messages alluding to eliminating the unlimited PTO policy and replacing it with a new policy to be reviewed and "communicated this week" so that people can plan trips. The new policy will go into effect September 5th based on the request from Janine.

I opened the policy and reviewed for content and compliance. I made a variety of comments in the document to account for my questions in the administration of the policy, the vague language in some sections of the policy, and the blanketed sick policy (among others). I no longer have access to the document to articulate all of my comments.

I returned to slack to let janine know I had made said comments. I also informed her of the various compliance issues and discriminatory language and nature is certain sections of the policy. I reminder her that we have several new hires in process that made commitments based on one set of benefits (Charles Kelly). I also reminded her that we have five handbooks and that every state has different rules for administering sick time.

At some point in the evening I received email notification that Janine was resolving comments in the documents. I returned to slack to see if she had edits or questions.

I shared with Janine that not only do I believe this policy change to be a mistake from a culture standpoint, but to implement in the current state with the myriad of issues it contains would be non compliant and I would not administer policies that are non compliant. I informed Janine that I was sorry but this isn't a culture or direction that fits me going forward and I would happily recruit a new HR person that's a better fit to transition the variety of people needs and projects.

When I informed Janine that allowing the engineering subgroup to have access to a special set of benefits is creating adverse impact because it is discriminatory against women she replied "I'm not making this about gender". Data doesn't lie and the policy clearly outlines a discriminatory practice of allowing one employee group a benefit that women at Everyrealm do not have access to merely because of their career path and choices.

Shortly thereafter Janine argued with me on slack, the merits of my expertise and knowledge in Human Resources and proceeded to cut my access to all technology.

I would like an explanation of why my technology was so abruptly cut off and what I should expect in terms of next steps in communication. I stand by my assessment of the policy.

Everyrealms handbook currently contains a thorough Unlimited PTO policy which allows leadership to amend or revoke unlimited PTO on a case by case basis due to performance or abuse.

I would appreciate a call or response as quickly as possible. To be penalized for logging in on a Saturday and giving my time to help eliminate risks is just hard to comprehend.

Kathy
■■■■■■■■■■■■

