UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KATHERINE YOST,

                         Plaintiff,

       -against-

EVERYREALM INC., COMPOUND ASSET
MANAGEMENT LLC, REALM METAVERSE
REAL ESTATE INC., REPUBLIC, REPUBLIC
CRYPTO LLC, REPUBLIC REALM MANAGER
LLC, REPUBLIC REALM INC., REPUBLIC
OPERATIONS LLC, OPENDEAL INC.,
OPENDEAL PORTAL LLC, JANINE YORIO in
her individual and professional capacities,
WILLIAM KERR in his individual and
professional capacities, and ZACH HUNGATE in
his individual and professional capacities.

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:22-cv-06549(PAE)(SLC)

**DECLARATION OF
JANINE YORIO**

       Janine Yorio, having personal knowledge of the facts herein, and under penalty of

perjury, hereby states:

       1.      I currently serve as the Chief Executive Officer of Everyrealm Inc., and am a

resident of the State of New York. I submit this Declaration based upon my personal knowledge

and in support of the Motion for Sanctions on behalf of Everyrealm Inc. ("Everyrealm"),

William Kerr, Zach Hungate, and myself (collectively "the Everyrealm Defendants") in the

above-captioned matter.

       2.      Katherine Yost was employed by Everyrealm as a Director of Human Resources.

       3.      In her role, Yost focused on onboarding, offboarding, and personnel policies.

1

Doc ID: 3ad56c270603ab78b9381253fde19354e0bbbc88

4.      Yost authored Everyrealm's anti-harassment policy, as well as the reporting protocol for employees who believe they have experienced harassment.

5.      On April 5, 2022, seeking Human Resources related guidance, I sent a Slack message to Yost regarding two employees who I had reason to believe were engaged in an interoffice romance.

6.      A true and correct copy of the April 5, 2022 Slack correspondence is attached hereto as Exhibit A.

7.      As is evident from the exchange, Yost actively participated in the discussion and did not in any way object to it, whether during the exchange itself or at any time thereafter during her Everyrealm employment.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true and correct.


Dated:  02 / 14 / 2023                                                  _____
                                                                                              Janine Yorio

11059/87041-001 CURRENT/136344574v4                                      02/14/2023 8:37 AM

Doc ID: 3ad56c270603ab78b9381253fde19354e0bbbc88