# EXHIBIT A



**Janine Yorio** 4:59 PM

we already have interoffice romance...

i meant to talk to you about that

**Kathy Yost** 5:00 PM
omg who

**Janine Yorio** 5:00 PM
do we need a policy?

**Kathy Yost** 5:00 PM
no

**Janine Yorio** 5:00 PM
i heard some rumors

**Kathy Yost** 5:00 PM
well i heard the ceo and the head of product....

**Janine Yorio** 5:00 PM
nothing i can be certain about

🤢

**Kathy Yost** 5:00 PM
lolllllll

as long as no one violates our anti harassment policy i don't see what another policy does

I've been doing this a while, and policie... ...rth the token Alex is minting



as long as no one violates our anti harassment policy i don't see what another policy does

I've been doing this a while, and policies about this aren't worth the token Alex is minting

if that's even the right vernacular

well Rachel and who

I just put up two new Marketing positions for Katie fyi, so that's two more bodies

plus Discord Community Manager, plus Sr. Product Web3/social stuff

**Janine Yorio** 5:05 PM
how'd you know rachel?

**Kathy Yost** 5:06 PM
there's only a handful of women I figure Jacqueline has her hands full, Katie doesn't have time for a man or woman

Julia, I don't see her involved at work like that openly but I have no clue so that leaves rachel

I mean Virginia might have game

but she's married

and as much as I try to call out bias, I suppose it could be two men

see i mess up all the time

**Janine Yorio** 5:21 PM
it's rachel

**Kathy Yost** 5:22 PM





Slack    File    Edit    View    Go    History    Window    Help                                                    Thu Jan 5  10:01 PM

Everyrealm ⌄

**Kathy Yost** ⌄

Thread    Direct message with 2 others    ✕

it's rachel

April 5th, 2022 ⌄

**Kathy Yost**  5:22 PM
someone who lives in nyc or no that's the only question i have then i have a guess

**Janine Yorio**  5:33 PM
michael p

**Kathy Yost**  5:33 PM
adorable

**Janine Yorio**  5:39 PM
you can't know

and yes i totally approve

**Kathy Yost**  5:39 PM
i don't and it's so apple pie isn't it

**Janine Yorio**  5:39 PM
so cute

both young and new to the city and just startingout

michael p is the best

he's so sweet

**Kathy Yost**  5:40 PM
he seems like he's headed in the right direction - very smart, sweet as all get out

**Janine Yorio**  5:40 PM
yes hardworking, serious

i love him

mom raised him right

**Kathy Yost**  5:43 PM

Reply...

☐ Also send to the group

🗄 You are viewing the archives of a deactivated account    Close