# SEPPINNI LLP

43 West 43ʀᴅ St., Ste. 256, New York, NY 10036 | Office: (212) 859-5085

February 15, 2023

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

**Re:** *Yost v. Everyrealm, et al.*, **Letter in Response to the Court's Order to Show Cause (Dkt. No. 81)**
Civil Action No. 1:22-cv-06549(PAE)(SLC)

Dear Judge Engelmayer,

I represent Plaintiff Katherine Yost in this matter, and write in response to the Court's February 13, 2023, Order to Show Cause regarding service of process (dkt. no. 81).

Plaintiff attempted service on Republic Crypto LLC on October 26, 2022. Ex. A. Plaintiff did not serve Compound Asset Management LLC, Realm Metaverse Real Estate Inc., nor Republic Realm Manager LLC, and did not re-attempt service on Republic Crypto LLC because of the following:

The Republic Defendants' and Everyrealm Defendants' counsels represented that Compound Asset Management LLC, Realm Metaverse Real Estate Inc., Republic Crypto LLC, and Republic Realm Manager LLC did not employ people. This is counterintuitive given Defendants' many similar sounding entity names and divisions. But my understanding is that even if someone, like Defendant Ms. Yorio, held herself out as working for "Republic Crypto" that did not mean that she was employed by the similarly named "Republic Crypto LLC." Instead, as I understand it, Ms. Yorio, and the other individual Defendants, were employed by one of the Republic Defendants' entities that *were* served. Based upon this understanding, Plaintiff is filing a notice of voluntary dismissal without prejudice simultaneously with this letter.

Defendants' entities are labyrinthine. Plaintiff will move to re-join the entities should this case proceed to discovery and an employment relationship be shown to exist between Republic Crypto LLC, Compound Asset Management LLC, Realm Metaverse Real Estate Inc., or Republic Realm Manager LLC and the Parties.

Regards,

*/s/ Shane Seppinni*
Shane Seppinni

SEPPINNI LLP
(212) 859-5085
shane@seppinnilaw.com