**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KATHERINE YOST,

                        Plaintiff,

        v.

EVERYREALM INC., COMPOUND ASSET
MANAGEMENT LLC, REALM METAVERSE REAL
ESTATE INC., REPUBLIC, REPUBLIC CRYPTO
LLC, REPUBLIC REALM MANAGER LLC,
REPUBLIC REALM INC., REPUBLIC
OPERATIONS LLC, OPENDEAL INC., OPENDEAL
PORTAL LLC, JANINE YORIO, in her individual and
professional capacities, WILLIAM KERR, in his
individual and professional capacities, and ZACH
HUNGATE, in his individual and professional
capacities,

                        Defendants.

Index No.: 1:22-cv-06549

**Notice of Voluntary Dismissal**
**Pursuant to F.R.C.P. 41(a)(1)(A)(i)**

---

**Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)**

      Based upon representations made to them by Defendants and Pursuant to F.R.C.P.

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Katherine Yost and her counsel

give notice that the above-captioned action is voluntarily dismissed, without prejudice against the

following defendants:

Compound Asset Management LLC, Realm Metaverse Real Estate Inc., Republic Realm Manager

LLC, and Republic Crypto LLC.

1

**Dated:** February 15, 2023                     Respectfully submitted,
          New York, New York


                                                 */s/ Shane Seppinni*
                                                 _____

                                                 Shane Seppinni
                                                 SEPPINNI LLP
                                                 43 W 43rd St., Suite 256
                                                 New York, NY 10036
                                                 212-849-5085
                                                 shane@seppinnilaw.com

                                                 *Counsel for Plaintiff*

2