UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE YOST,

                         Plaintiff,

            -v-

EVERYREALM, INC., COMPOUND ASSET MANAGEMENT LLC, REALM METAVERSE REAL ESTATE INC., REPUBLIC REALM MANAGER LLC, REPUBLIC REALM INC., REPUBLIC, REPUBLIC CRYPTO LLC, REPUBLIC OPERATIONS LLC, OPENDEAL INC., OPENDEAL PORTAL LLC, JANINE YORIO, ZACH HUNGATE, AND WILLIAM KERR,

                         Defendants.

22 Civ. 6549 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Defendants Everyrealm Inc., Janine Yorio, William Kerr, and Zach Hungate (collectively, the "Everyrealm Defendants") have today filed a motion for Rule 11 sanctions against plaintiff Katherine Yost and her law firm, Seppinni, LLP. Dkt. 82. The Court did not authorize such a motion. And, with the Everyrealm defendants' motion pending to dismiss this case in favor of an arbitration that defendants have sought to initiate, the Court regards the Rule 11 motion as premature to consider, let alone resolve. The Court accordingly denies the Everyrealm defendants' Rule 11 motion, without prejudice to defendants' right to bring such a motion in an appropriate forum at a later time. For avoidance of doubt, the Court does not authorize any Rule 11 motion at this time (or any response to the motion that the Court has denied without prejudice).

    The Court respectfully directs the Clerk of the Court to terminate the motion at docket 82.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: February 15, 2023
        New York, New York