UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| | : | |
| KATHERINE YOST, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| -against- | : | Case No. 1:22-CV-06549(PAE)(SLC) |
| | : | |
| | : | |
| EVERYREALM INC., COMPOUND ASSET | : | |
| MANAGEMENT LLC, REALM METAVERSE | : | |
| REAL ESTATE INC., REPUBLIC, REPUBLIC | : | |
| CRYPTO LLC, REPUBLIC REALM MANAGER | : | |
| LLC, REPUBLIC REALM INC., REPUBLIC | : | |
| OPERATIONS LLC, OPENDEAL INC., | : | |
| OPENDEAL PORTAL LLC, JANINE YORIO in | : | |
| her individual and professional capacities, | : | |
| WILLIAM KERR in his individual and | : | |
| professional capacities, and ZACH HUNGATE in | : | |
| his individual and professional capacities. | : | |
| | : | |
| *Defendants.* | : | |

_____

## UNOPPOSED MOTION OF ISAAC Z. TREADAWAY TO WITHDRAW AS COUNSEL FOR DEFENDANTS REPUBLIC OPERATIONS LLC, OPENDEAL INC., AND OPENDEAL PORTAL LLC

Isaac Z. Treadaway hereby moves—unopposed—to withdraw as counsel for Defendants OpenDeal Inc., Republic Operations LLC, and OpenDeal Portal LLC (collectively "Non-Employer Defendants"). Mr. Treadaway is no longer with the law firm of POLSINELLI PC. Mr. Treadaway is not asserting a retaining or charging lien.

Jason T. Weber of POLSINELLI PC will remain as counsel for Non-Employer Defendants.

Plaintiff will not be prejudiced by the withdrawal and substitution of counsel, nor will there be any undue delay in the proceedings. The above styled case is still in the preliminary stages and no scheduling order has been issued by the Court.

1

No further pleadings or other documents need to be served upon Attorney Isaac Z. Treadaway in this action.

WHEREFORE, Isaac Z. Treadaway requests that the Court grant him leave to withdraw as counsel for Non-Employer Defendants for all purposes.

Dated: March 30, 2023
Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/ Isaac Z. Treadaway*
**Jason T. Weber,** *Lead Counsel*
*admitted pro hac vice* [ECF 54]
jweber@polsinelli.com
**Isaac Z. Treadaway**
*pro hac vice* motion pending
itreadaway@polsinelli.com
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 292-9487

*Attorneys for Defendants Republic Operations LLC, OpenDeal Inc., and OpenDeal Portal LLC*

## CERTIFICATE OF CONFERENCE

The undersigned conferred with counsel for Plaintiff via email regarding the request set forth in this motion, and counsel indicated that Plaintiff does not oppose the motion.

*/s/ Isaac Z. Treadaway*
Isaac Z. Treadaway