UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE YOST,

                        Plaintiff,

-v-

EVERYREALM, INC., *et al.*,

                        Defendants.

22 Civ. 6549 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 10, 2023, the Court granted the Everyrealm defendants' motion to compel arbitration. Dkt. 98. The Court orders plaintiff and the Everyrealm defendants to file a joint update by July 28, 2023 as to the status of that arbitration. Status updates will be due every 60 days thereafter, marked from July 28, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 24, 2023
       New York, New York