UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE YOST,<br><br>                              Plaintiff,<br><br>          v.<br><br>EVERYREALM INC., et al.,<br><br>                              Defendants. | Index No.: 1:22-cv-06549<br><br>**Notice of Voluntary Dismissal<br>Pursuant to F.R.C.P. 41(a)(1)(A)(i)** |

<u>Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Katherine Yost and her counsel give notice that the above-captioned action is voluntarily dismissed with prejudice against all remaining defendants.

**Dated:** July 27, 2023
New York, New York

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
July 28, 2023

Respectfully submitted,

/s/ Shane Seppinni
_____
Shane Seppinni
SEPPINNI LLP
43 W 43rd St., Suite 256
New York, NY 10036
212-859-5085
shane@seppinnilaw.com

*Counsel for Plaintiff*

1